B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If individual: Last, First, Middle)<br>**New Stream Secured Capital Fund (US), LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (if more than one, state all.)<br>**4268** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**38 Grove Street**<br>**Building C**<br>**Ridgefield, CT**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Fairfield**<br>ZIP CODE **06877** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**Assets located in Delaware** | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor: New Stream Secured Capital Fund (US

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor to or any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _Laurence Latta_ TRUSTEE<br>Signature of Petitioner or Representative (State title) | X _[signature]_ (No. 4035) 3/7/2011<br>Signature of Attorney    Date |
| The Latta Family Trust    16 Feb 11<br>Name of Petitioner      Date Signed | Stevens & Lee, P.C.<br>Name of Attorney Firm (if any) |
| | 1105 N. Market Street<br>7th Floor<br>Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative    Laurence Latta<br>1010 Westridge Drive<br>Portola Valley, CA 94028 | Address |
| Capacity    Trustee | 302-654-5180<br>Telephone No. |

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title) | X _____<br>Signature of Attorney    Date |
| Jean Y. Rose Revocable Trust<br>Name of Petitioner      Date Signed | Stevens & Lee, P.C.<br>Name of Attorney Firm (if any) |
| | 1105 N. Market Street<br>7th Floor<br>Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative    Jean Y. Rose<br>4101 Cathedral Avenue, NW<br>Washington, DC 20016 | Address |
| Capacity    Trustee | 302-654-5180<br>Telephone No. |

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title) | X _____<br>Signature of Attorney    Date |
| Irvin and Marilyn Yalom<br>Name of Petitioner      Date Signed | Stevens & Lee, P.C.<br>Name of Attorney Firm (if any) |
| | 1105 N. Market Street<br>7th Floor<br>Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative    Irving D. Yalom<br>851 Matadero Avenue<br>Palo Alto, CA 94360 | Address |
| Capacity    Individual | 302-654-5180<br>Telephone No. |

☐ Continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2      Name of Debtor   New Stream Secured Capital Fund (US) , LLC

Case No. _____

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |
| **REQUEST FOR RELIEF** | |
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. | |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X _____<br>Signature of Petitioner or Representative (State title)<br>**The Latta Family Trust**<br>Name of Petitioner            Date Signed | X *[signed]* Joseph H. Huston (No. 4035) 3/7/2011<br>Signature of Attorney                          Date<br>**Stevens & Lee, P.C.**<br>Name of Attorney Firm (if any)<br>1105 N. Market Street<br>7th Floor<br>Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Laurence Latta<br>1010 Westridge Drive<br>Portola Valley, CA 94028<br>Trustee | Address<br>302-654-5180<br>Telephone No. |
| X *[signed]* Jean Y. Rose  Trustee<br>Signature of Petitioner or Representative (State title)<br>**Jean Y. Rose Revocable Trust**     2/16/11<br>Name of Petitioner            Date Signed | X *[signed]* Joseph H. Huston (No. 4035) 3/7/2011<br>Signature of Attorney                          Date<br>**Stevens & Lee, P.C.**<br>Name of Attorney Firm (if any)<br>1105 N. Market Street<br>7th Floor<br>Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Jean Y. Rose<br>4101 Cathedral Avenue, NW<br>Washington, DC 20016<br>Trustee | Address<br>302-654-5180<br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br>**Irvin and Marilyn Yalom**<br>Name of Petitioner            Date Signed | X _____  Date<br>Signature of Attorney<br>**Stevens & Lee, P.C.**<br>Name of Attorney Firm (if any)<br>1105 N. Market Street<br>7th Floor<br>Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Irving D. Yalom<br>851 Matadero Avenue<br>Palo Alto, CA 94360<br>Individual | Address<br>302-654-5180<br>Telephone No. |

_1_ Continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: **New Stream Secured Capital Fund (US), LLC**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

x _____
Signature of Petitioner or Representative (State title)

**The Latta Family Trust**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Laurence Latta
1010 Westridge Drive
Portola Valley, CA 94028
Trustee

x _____
Signature of Attorney                    Date

Stevens & Lee, P.C.
Name of Attorney Firm (If any)

1105 N. Market Street
7th Floor
Wilmington, DE 19801
Address

302-654-5180
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**Jean Y. Rose Revocable Trust**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jean Y. Rose
4101 Cathedral Avenue, NW
Washington, DC 20016
Trustee

x _____
Signature of Attorney                    Date

Stevens & Lee, P.C.
Name of Attorney Firm (If any)

1105 N. Market Street
7th Floor
Wilmington, DE 19801
Address

302-654-5180
Telephone No.

---

x _/s/ Marilyn Yalom_____
Signature of Petitioner or Representative (State title)

**Irvin and Marilyn Yalom**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Irving D. Yalom
851 Matadero Avenue
Palo Alto, CA 94360
Individual

x _/s/_____ (No. 4035)    3/7/2011
Signature of Attorney                    Date

Stevens & Lee, P.C.
Name of Attorney Firm (If any)

1105 N. Market Street
7th Floor
Wilmington, DE 19801
Address

302-654-5180
Telephone No.

---

1 Continuation sheets attached

B5 (Official Form 5) (12/07) – Page 3

Name of Debtor: New Stream Secured Capital Fund (US
Case No.

x _Robert E Shostak_ _Nancy Culbertson Shostak_
Signature of Petitioner or Representative (State title)

Robert and Nancy Shostak          2-09-2011
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert Shostak
25 Larguita Lane
Portola Valley, CA 94028
Individual

x _Joseph H. Huston (No. 4035)_ 3/7/2011
Signature of Attorney                Date

Stevens & Lee, P.C.
Name of Attorney Firm (If any)

1105 N. Market Street
7th Floor
Wilmington, DE 19801
Address

302-654-5180
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| The Latta Family Trust<br>1010 Westridge Drive<br>Portola Valley, CA 94028 | Debt owed; effective redemption | 166,000.00 |
| Jean Y. Rose Revocable Trust<br>4101 Cathedral Avenue, NW<br>Washington, DC 20016 | Debt owed; effective redemption | 157,865.00 |
| Irvin and Marilyn Yalom<br>851 Matadero Avenue<br>Palo Alto, CA 94360 | Debt owed; effective redemption | 168,000.00 |
| Robert and Nancy Shostak<br>25 Larguita Lane<br>Portola Valley, CA 94028 | Debt owed; effective redemption | 168,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
$ 659,865.00