# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEW STREAM SECURED CAPITAL FUND (U.S.), L.L.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 11-10690 (MFW) |
| In re: <br><br> NEW STREAM SECURED CAPITAL FUND K1 (Cayman), LTD., <br><br> Debtor. | Chapter 11 <br><br> Case No. 11-10696 (MFW) |
| In re: <br><br> NEW STREAM SECURED CAPITAL FUND P1 (Cayman), LTD., <br><br> Debtor. | Chapter 11 <br><br> Case No. 11-10694 (MFW) |

## DECLARATION OF DAVID M. GREEN IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 1104 AND 105 OF THE BANKRUPTCY CODE (I) APPOINTING A CHAPTER 11 TRUSTEE PRIOR TO ENTRY OF ORDER FOR RELIEF OR, IN THE ALTERNATIVE, (II) APPOINTING AN EXAMINER

I, DAVID M. GREEN, declare as follows:

1. I am an attorney at law admitted to the Bar of the State of New York and my motion for admission *pro hac vice* in this case is pending before this Court.

2. I am a shareholder of the law firm of Stevens & Lee, P.C., attorneys for the involuntary petitioners in these cases. My firm also serves as attorneys for the movants herein seeking entry of an order pursuant to sections 1104 and 105 of the Bankruptcy Code (i) appointing a chapter 11 trustee prior to entry of order for relief or, in the alternative, (ii) appointing an examiner (the "Motion").

3. I make this Declaration in support of the Motion.

4. This Declaration is submitted solely as a means of organizing exhibits referred to in the Motion and the many declarations submitted in support of the Motion (collectively, the "Declarations"). Exhibits attached hereto are numbered first, in the order first cited in the Motion. Following those exhibits in numerical order are exhibits cited only in the Declarations and *not* in the Motion. No documents are exhibits to the Motion itself or the individual Declarations; rather, for ease of access and retrieval, all documents cited in the Motion or any of the Declarations are exhibits to this Declaration only, and all citations in the Motion and Declarations to "(Ex. #)" refer to the numbers assigned those exhibits to this Declaration.

5. I have no independent knowledge of the truth of the facts set forth in the attached exhibits. To the extent exhibits are referred to in the Declarations, the respective declarant testifies to the extent and source of his personal knowledge relating to the documents. For those exhibits not referred to specifically in the Declarations, I state, upon information and belief, that these are true and correct copies of the documents (or the relevant pages of the document) they purport to be.

6. Attached hereto is a table of all exhibits and the numbers which they are assigned in the Motion and the Declarations, followed by the exhibits themselves.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March __, 2011

_____
David M. Green

2

SL1 1051881v1/106114.00001