# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW STREAM SECURED CAPITAL FUND (U.S.), L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-10690 (MFW)<br><br>**Hearing Date: To be determined** |
| In re:<br><br>NEW STREAM SECURED CAPITAL FUND K1 (Cayman), LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-10696 (MFW)<br><br>**Hearing Date: To be determined** |
| In re:<br><br>NEW STREAM SECURED CAPITAL FUND P1 (Cayman), LTD.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-10694 (MFW)<br><br>**Hearing Date: To be determined** |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**PETITIONS**

1. Chapter 11 Involuntary Petition For New Stream Secured Capital Fund (U.S.), L.L.C.

2. Chapter 11 Involuntary Petition For New Stream Secured Capital Fund K1 (Cayman), Ltd.

3. Chapter 11 Involuntary Petition For New Stream Secured Capital Fund P1 (Cayman), Ltd.

**MATTERS GOING FORWARD**

4. Motion For An Order Pursuant To 11 U.S.C. § 302, Rule 1015(B) Of The Federal Rules Of Bankruptcy Procedure And Local Rule 1015-1 Directing Joint Administration Of The Debtors' Cases

5. Motion Of Certain U.S. And Cayman Investors For Entry Of An Order Pursuant To Sections 1104 And 105 Of The Bankruptcy Code (I) Appointing A Chapter 11

Trustee Prior To Entry Of Order For Relief Or, In The Alternative, (II) Appointing An Examiner

Related Document:

(a) Declaration Of David M. Green In Support Of Motion For Entry Of An Order Pursuant To Sections 1104 And 105 Of The Bankruptcy Code (I) Appointing A Chapter 11 Trustee Prior To Entry Of Order For Relief Or, In The Alternative, (II) Appointing An Examiner

6. Motion Of Certain Us/Cayman Investors For Entry Of An Order Pursuant To Rules 26, 30, 33 And 34 Of The Federal Rules Of Civil Procedure And Rules 7026, 7030, 7033 And 7034 Of The Federal Rules Of Bankruptcy Procedure Permitting Expedited Discovery Related To The Pending Motion Seeking The Appointment Of A Chapter 11 Trustee

Dated: March 8, 2011

STEVENS & LEE, P.C.

*/s/ Maria Aprile Sawczuk*
Joseph H. Huston, Jr. (No. 4035)
Maria Aprile Sawczuk (No. 3320)
Meghan A. Cashman (No. 5463)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310; -3306; -3307
Email: jhh/masa/maca@stevenslee.com

-and-

Beth Stern Fleming, Esq.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 575-0100
Email: bsf@stevenslee.com

-and-

Nicholas F. Kajon, Esquire
David M. Green, Esquire
Constantine Pourakis, Esquire
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Email: nfk/dmg/cp@stevenslee.com

-and-

TOPTANI LAW OFFICES
Edward Toptani, Esquire
127 E. 59th Street, 3rd Floor
New York, NY 10022
Telephone: (212) 699-8930
Email: edward@toptanilaw.com

-and-

MAZZEO SONG & BRADHAM LLP
John M. Bradham, Esquire
David Hartheimer, Esquire
708 Third Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 599-0700
Email: jbradham@mazzeosong.com
       dhartheimer@mazzeosong.com

*Counsel for Petitioning Creditors*