UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW STREAM SECURED CAPITAL FUND (U.S.), L.L.C.,<br><br>        Debtor. | Chapter 11<br><br>11-10690 (MFW)<br><br>Hearing Date: March 15, 2011 at 10:30 a.m. (ET)<br>Objection Deadline: At time of hearing<br>Related to Docket Nos. 3, 10 and 26 |
| In re:<br><br>NEW STREAM SECURED CAPITAL FUND K1 (Cayman), LTD.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 11-10696 (MFW)<br><br>Hearing Date: March 15, 2011 at 10:30 a.m. (ET)<br>Objection Deadline: At time of hearing<br>Related to Docket Nos. 3, 10 and 28 |
| In re:<br><br>NEW STREAM SECURED CAPITAL FUND P1 (Cayman), LTD.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 11-10694 (MFW)<br><br>Hearing Date: March 15, 2011 at 10:30 a.m. (ET)<br>Objection Deadline: At time of hearing<br>Related to Docket Nos. 3, 10 and 26 |

## NOTICE OF HEARING ON MOTION

PLEASE TAKE NOTICE that on March 7, 2011, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors") filed the *Motion of Certain US/Cayman Investors for Entry of an Order Pursuant to Rules 26, 30, 33 and 34 of the Federal Rules of Civil Procedure and Rules 7026, 7030, 7033 and 7034 of the Federal Rules of Bankruptcy Procedure Permitting Expedited Discovery Related to the Pending Motion Seeking the Appointment of a Chapter 11 Trustee* (the "Motion") with the Court.

PLEASE TAKE FURTHER NOTICE that on March 8, 2011, the Committee filed its *Motion to Shorten Notice And The Objection Period For Motion Of Certain US/Cayman*

*Investors For Entry Of An Order Pursuant To Rules 26, 30, 33 And 34 Of The Federal Rules Of Civil Procedure And Rules 7026, 7030, 7033 And 7034 Of The Federal Rules Of Bankruptcy Procedure Permitting Expedited Discovery Related To The Pending Motion Seeking The Appointment Of A Chapter 11 Trustee* (the "Motion to Shorten") and on March 10, 2011, the Court granted the Motion to Shorten (the "Order Shortening Notice"), a copy of which is attached.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Shortening Notice, a hearing on the Motion will he held on **March 15, 2011 at 10:30 a.m.**, and that objections to the Motion shall be considered at the time of the hearing.

**IF YOU FAIL TO FILE AN OBJECTION TO THE MOTION OR APPEAR AT THE HEARING IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 10, 2011

STEVENS & LEE, P.C.

/s/ Maria Aprile Sawczuk
Joseph H. Huston, Jr. (No. 4035)
Maria Aprile Sawczuk (No. 3320)
Meghan A. Cashman (No. 5463)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310; -3306; -3307
Email: jhh/masa/maca@stevenslee.com

-and-

Beth Stern Fleming, Esq.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 575-0100
Email: bsf@stevenslee.com

-and-

Nicholas F. Kajon, Esquire
David M. Green, Esquire
Constantine Pourakis, Esquire
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Email: nfk@stevenslee.com
dmg@stevenslee.com
cp@stevenslee.com

-and-

TOPTANI LAW OFFICES
Edward Toptani, Esquire
127 E. 59th Street, 3rd Floor
New York, NY 10022
Telephone: (212) 699-8930
Email: edward@toptanilaw.com

-and-

MAZZEO SONG & BRADHAM LLP
John M. Bradham, Esquire
David Hartheimer, Esquire
708 Third Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 599-0700
Email: jbradham@mazzeosong.com
dhartheimer@mazzeosong.com

*Counsel for Movants*