# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | New Stream Secured Capital Fund (U.S.), L.L.C. |
| **Case Number:** | 11-10690-MFW   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 15, 2011 10:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Discovery Motion

**R / M #:**   38 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Item 1 - Order due under Certification of Counsel